[No. 6489–8–II.  Division Two.  May 30, 1984.]

*In the Matter of the Welfare of*
LOUIS ARTHUR KOPP.

Appeal from a judgment of the Superior Court for Clark County, No. 69659RO10, Robert L. Harris, J., entered June 30, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6386–7–II.  Division Two.  May 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
TYLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00209–9, Robert L. Harris, J., entered July 2, 1981. *Dismissed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 6547–9–II.  Division Two.  May 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GUS GLASS,
*Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00384–2, J. Dean Morgan, J., entered August 2, 1982. *Affirmed as modified* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.